■ In the Matter of BANK LEUMI TRUST COMPANY OF NEW YORK, Respondent, v DIME SAVINGS BANK OF NEW YORK, FSB, Respondent, and WARREN McCAIN, Appellant. [609 NYS2d 267] — In a proceeding pursuant to CPLR 5227 to compel the payment of a debt owed by a judgment debtor, Warren McCain appeals from so much of a judgment of the Supreme Court, Queens County (Smith, J.), dated February 11, 1992, as granted the petition.

Ordered that the judgment is affirmed insofar as appealed from, with costs.

The appellant's contention that the individual retirement account that he deposited with the defendant Dime Savings Bank of New York is exempt from an application to satisfy a money judgment pursuant to CPLR 5205 (c) (2) is without merit. While the account apparently was created as a result of a rollover from a corporate retirement plan in conformity with 26 USC § 408 (d) (3), it does not constitute "either a Keogh (HR-10), retirement or other plan established by a corporation" (CPLR 5205 [c] [2]), and therefore is not entitled to the protection of CPLR 5205 (see, European Am. Bank & Trust Co. v H. Frenkel, Ltd., 147 Misc 2d 423, 424; see also, Long Is. Jewish Hillside Med. Ctr. v Prendergast, 134 Misc 2d 93; Matter of Abrahams v New York State Tax Commn., 131 Misc 2d 594; Annotation, Employee Retirement Pension Benefits as Exempt from Garnishment, Attachment, Levy, Execution, or Similar Proceedings, 93 ALR3d 711; 6 Weinstein-Korn-Miller, NY Civ Prac ¶ 5205.22a).

We have considered the appellant's remaining contentions and find them to be unpreserved for appellate review and, in any event, without merit. Rosenblatt, J. P., Lawrence, Altman and Goldstein, JJ., concur.